# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| THERESSA LEVINE, | |
|     Plaintiff, | |
| v. | Case No. 1:21-cv-00282-MAC |
| CLIENT SERVICES, INC., | |
|     Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COME THE PARTIES, Plaintiff Theressa Levine ("Plaintiff") and Defendant Client Services, Inc. ("Defendant"), by and through their undersigned counsel (collectively "the Parties").

1. This case involves individual and putative class action claims for violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692).

2. Defendant has answered Plaintiff's Complaint. Dkts. 1 and 6. No counter-claim has been filed.

3. Federal Rule of Civil Procedure 41(a)(1)(B)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

4. The Parties are in agreement that each side shall bear their own costs.

WHEREFORE, the Parties respectfully propose that this action be dismissed without prejudice where each side shall bear their own costs

DATED: July 29, 2021

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.

Respectfully submitted,

*/s/ Patrick A. Watts (with consent)*
Patrick A. Watts, #6302112

1

2

| | |
|---|---|
| Sulaiman Law Group, Ltd. | 1200 South Big Bend Blvd |
| 2500 S. Highland Ave., Ste. 200 | Saint Louis, MO 63117 |
| Lombard, Illinois 60148 | pwatts@mamlaw.com |
| Phone: (630) 575-8181 | P: (314) 669-5490 |
| Fax: (630) 575-8188 | F: (888) 632-6937 |
| jvlahakis@sulaimanlaw.com | **COUNSEL FOR DEFENDANT** |
| **COUNSEL FOR PLAINTIFF** | |

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                              */s/ James C. Vlahakis*
                                              James C. Vlahakis