| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |   |
|---|---|---|
| THERESSA C. LEVINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1: 21-CV-282 |
| | § | |
| CLIENT SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal Without Prejudice (#9) is GRANTED.  Accordingly, the above-styled case is dismissed without prejudice.  Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 2nd day of August, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE